**Order issued November 8, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00649-CV

## JEFF BLANKINSHIP, COURTNEY BLANKINSHIP, AND MIRACLE GOLF CONCEPTS, Appellants

### V.

## TIMOTHY BROWN, GARY W. BLANSCET, AND BLANSCET, SUTHERLAND, HOOPER & HALE, L.L.P., Appellees

## ORDER

Before the Court is appellants' November 7, 2012 unopposed motion to present oral argument. The Court **GRANTS** the motion.

The Court will hear oral argument in this case at 3:00 p.m. on Tuesday, November 13, 2012.

Argument is limited to twenty minutes for each side and five minutes to the appellants for rebuttal.

_____
MARY MURPHY
PRESIDING JUSTICE